FILED USDC - FLMD - TPA
FEB 5 2026 PM2:51

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIEL BENJAMIN FLEISCHMAN,**

Plaintiff,

v.

POLK COUNTY SCHOOL BOARD; and

FREDERICK HEID, in his official capacity as Superintendent of Polk County Public Schools

and in his individual capacity,

Defendants.

Case No. 8:25-cv-02479-WFJ-TGW

## NOTICE OF FILING FEE PAYMENT AND NOTICE REGARDING IN FORMA PAUPERIS

Plaintiff Daniel Benjamin Fleischman, proceeding pro se, respectfully provides this notice to the Court in response to the Court's Order dated January 20, 2026 (Doc. 20).

1. The full civil filing fee was paid on August 26, 2025 in the transferor court and is reflected on this Court's docket at Doc. 3: "Filing fee: $405, receipt number 200015731."

2. Because the filing fee has been paid in full, Plaintiff is not seeking to proceed in forma pauperis in this case and will not file an amended IFP motion. Plaintiff withdraws any prior in forma pauperis motion(s), including Dkt. 17, as moot.

3. Plaintiff files his First Amended Complaint concurrently and respectfully requests that the Court treat this filing as compliance with the portion of Doc. 20 requiring Plaintiff to (a) file an amended complaint and (b) either pay the filing fee or file an amended IFP motion.

4. To the extent the case has been administratively closed following the dismissal without prejudice, Plaintiff respectfully requests that the Clerk reopen the case upon the filing of the First Amended Complaint and proceed to issuance of summons upon request.

DATED: *February 5, 2026*

*Daniel Benjamin Fleischman*

*Respectfully submitted,*

**Daniel Benjamin Fleischman**

4885 McKnight Rd #123

Pittsburgh, PA 15237

Telephone: 724-462-5730

Pro Se