AO 440 (Rev. 06/12) Summons in a Civil Action

FEB 5 2026 ₽M2:55
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida ▼

COPY

| | |
|---|---|
| Daniel Benjamin Fleischman <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Polk County School Board <br><br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 8:25-cv-02479-WFJ-TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Polk County School Board
c/o Frederick Heid, Superintendent
1915 S. Floral Ave.
Bartow, FL 33830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Benjamin Fleischman
4885 McKnight Rd, #123
Pittsburgh, PA 15237
724-462-5730
OperationReunification@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/05/2026

_____   |ANGEL WADDELL
*Signature of Clerk or Deputy Clerk*

FEB 5 2026 PM2:55
FILED - USDC - FLMD - TPA

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

COPY

for the

Middle District of Florida  ▼

Daniel Benjamin Fleischman

)
)
)
)
)
)

_____
Plaintiff(s)

v.

Frederick Heid, in his official capacity as
Superintendent of Polk County Public Schools and
in his individual capacity

_____
Defendant(s)

)
)
)
)
)
)
)
)
)

Civil Action No.  8:25-cv-02479-WFJ-TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Frederick Heid
Superintendent of Polk County Public Schools
1915 S. Floral Ave.
Bartow, FL 33830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Benjamin Fleischman
4885 McKnight Rd, #123
Pittsburgh, PA 15237
724-462-5730
OperationReunificaiton@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/05/2026

_____          ANGEL WADDELL
Signature of Clerk or Deputy Clerk