AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| DANIEL BENJAMIN FLEISCHMAN, <br> *Plaintiff* <br> v. <br> POLK COUNTY SCHOOL BOARD, et al. <br> *Defendant* | )<br>)<br>)<br>)<br>)    Case No.    8:25-cv-02479-WFJ-TGW |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants POLK COUNTY SCHOOL BOARD and FREDERICK HEID

Date:    02/25/2026

*Attorney's signature*

JEFFREY SULLIVAN
*Printed name and bar number*
Florida Bar No.: 0009814
150 East Davidson Street
Bartow, Florida 33830

*Address*

JSullivan@stidhamlawyers.com
*E-mail address*

(863) 533-0866
*Telephone number*

(863) 533-1151
*FAX number*