## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DANIEL BENJAMIN FLEISCHMAN,
    Plaintiff,

v.                          CASE NO.:    **8:25-cv-02479-WFJ-TGW**

POLK COUNTY SCHOOL BOARD; and
FREDERICK HEID, in his official capacity
As Superintendent of Polk County Public
Schools and in his individual capacity,
    Defendants.

_____/

### DEFENDANT'S NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), defendant The School Board of Polk County, Florida,

designates Jeffrey Sullivan of Stidham & Stidham, P.A. as its lead counsel.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed

with the CM/ECF system and a copy mailed to the pro se Plaintiff, Daniel Fleischman, 4885

McKnight Rd #123, Pittsburgh, PA 15237 on February 27, 2026.

**STIDHAM & STIDHAM, P.A.**

**/s/JEFFREY SULLIVAN**
JEFFREY SULLIVAN
Florida Bar No. 0009814
SullivanLawFirm863@gmail.com
JSullivan@stidhamlawyers.com
JONATHAN STIDHAM
Florida Bar No. 0710687
JStidham@stidhamlawyers.com
150 East Davidson Street
Bartow, Florida 33830
Telephone:    (863) 533-0866
Attorneys for Defendants