MAR 6 2026 PM3:47
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
### AMENDED PROOF OF SERVICE (RETURN OF SERVICE)

**Case No.: 8:25-cv-02479-WFJ-TGW**

**DANIEL BENJAMIN FLEISCHMAN, Plaintiff,**

**v.**

**POLK COUNTY SCHOOL BOARD; and**
**FREDERICK HEID, in his official capacity as Superintendent of Polk County Public Schools and in his individual capacity, Defendants.**

I, Latoya Ortiz, being duly sworn, depose and state:

I am over the age of 18 and not a party to the above-styled action. I am a certified or appointed process server in good standing within the judicial circuit where service was executed.
**Documents Received on February 13, 2026, at approximately 8:25 PM, I received the following documents for service:**
  a. **Issued Summons in a Civil Action (AO 440)**
  b. **First Amended Complaint (Document 22, filed 02/05/2026).**

**Service of Process: On February 17, 2026, at 10:15 AM I executed service upon Polk County School Board at the usual place of business located at 1915 S. Florida Ave, Bartow, FL 33830 Service via Workplace Substituted Service by delivering true and correct copies of the documents—duly endorsed with my initials, identification number, and the date and hour of service—to Yvonne Gonzalez Legal Assistant to the General Counsel. Upon inquiry, Ms. Gonzalez confirmed that she (Ms. Gonzalez) is the Legal Assistant to the General Counsel and is an authorized agent to accept service of process on behalf of the POLK COUNTY SCHOOL BOARD. I informed Ms. Gonzalez of the contents of the documents in compliance with state statutes.**
**Description of Recipient: Yvonne Gonzalez is described as a Hispanic female with brown hair, approximately 5'0" tall, weighing approximately 140lbs, and approximately 48 years of age.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 21, 2026

Latoya Ortiz CA-1042
P.O Box 23
Lake Wales, Florida, 33859

