MAR 23 2026 PM4:38
FILED - USDC - FLMD - TPA

United States District Court

Middle District of Florida

Tampa Division

DANIEL BENJAMIN
FLEISCHMAN

PLAINTIFF

The School Board of
Polk County FL
& Frederick Heid

Case Number:

8:25-cv-02479
WFJ TGW

Page 1

Request For 3 - 7 Days To Supplement

Title of Document:

My son is involved in an extreme abuse case.
Please see Judicial Notice with details.

Despite never losing custody, never committing a crime,
never been charged with a crime, Polk county
School Board's actions in conjunction with
Polk County Sheriff's office, clerk's office and
other individuals, although making no claims,
have erased me from my son's life and
given access to man under injunction for child
molestation of own daughter until 2031.

United States District Court

Middle District of Florida

Tampa Division

Case Number:

825 CV 02479

Page 2

Title of Document:

I have been work to protect my son since June 2024, when I found sexually explicit content on his phone from Randall Seth Richey. I lost my business making over $100,000.00 monthly And was threatened with contempt and writs of bodily attachment no less than 16 Times for First Amendment speech about child safety and for filing Federal Law suits under 42 USC 1983.

United States District Court

Middle District of Florida

Tampa Division

Case Number:

_Page 3_

**Title of Document:**

Please allow me 3 to 7 days to supplement my exhibits and facts for opposition to motion to dismiss.

I have called dozens of attorneys for help Most attorneys told me " they are afraid of Grady Judd & Polk County." Since I cannot find counsel to help me, I am learning the rules of Civil procedure, while my son is in danger and being illegally kept from me.

Death Row Inmates get 4 hours /Mo with family.

United States District Court

Middle District of Florida

Tampa Division

Case Number:

Page 4

**Title of Document:**

I have had Ø time sharing, 0 phone calls, 0 emails or contact with my son effectively since June 2024. I allege this because my child is being used to call other child victims and tell them not to testify and worse.

Please allow 3-7 Days to supplement as I am facing ongoing financial, legal and other forms of retaliation, while being illegally blocked from my child.

DANIEL
FLEISCHMAN
PLAINTIFF

PAGE 5

The School Board
of Polk County
Florida
& Frederick Heid

Case
Number:
8:25 cv 02479
WFJ TGW

While studying Federal case law and civil procedure.
I believe multiple Supreme Court cases
that stated, and I am paraphrasing:
That Parental Rights are far more precious
than property rights and should be
protected at a higher level. I have called
or transmitted requests to every local, county,
state and federal law enforcement and
oversight body I could. Randall Seth Richey
under molestation injunction DV Injunction is
actively trying to sexualize and racially radicalize
my children and others. TODAY ONGOING.
While I have custody of my child but have been
erased from his life. Please grant me 3 to 7 days to supplement.
Thank you.

DANIEL
FLEISCHMAN
PLAINTIFF

PAGE 6

The School Board
of Polk County
Florid &

Frederick
Neid

Case No.
8:25CU 02479
WFJ TGW

DECLARATION
Pursuant to 28 USC § 1746

I declare under penalty of perjury that all my
statements are factual, true and
trust worthy to the best of my knowledge.
I, Daniel Benjamin Fleischman, hereby declare under penalty
of perjury under the laws of the United States of America
that the statements are true and correct.

_Daniel Benjamin FL_     March 23 2026
DANIEL BENJAMIN FLEISCHMAN
4885 McKnight Road #123
Pittsburgh PA 15237

(724) 462 5730      OperationReunification@gmail.com