Case No. 8:25-cv-02479-WFJ-TGW

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL BENJAMIN FLEISCHMAN,
    Plaintiff,

v.

THE SCHOOL BOARD OF POLK COUNTY,
FLORIDA; and FREDERICK R. HEID, in his
official capacity as Superintendent of Polk
County Public Schools and in his individual
capacity,
    Defendants.

APR 6 2026 PM4:05
FILED - USDC - FLMD - TPA

Case No. 8:25-cv-02479-WFJ-TGW

NOTICE OF FILING REDACTED EXHIBITS
PURSUANT TO COURT ORDER (Dkt. 44)

Plaintiff Daniel Benjamin Fleischman, proceeding pro se, hereby files redacted versions of the

exhibits to Docket Entry 36 (Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended

Complaint), in compliance with this Court's Endorsed Order at Docket Entry 44 (entered April 2, 2026).

The Court's Order directed the Clerk to seal the attachments to Dkt. 36 and directed Plaintiff to

file redacted versions of the attached exhibits as soon as possible. Plaintiff submits the following

redacted exhibits:

**Exhibit 36-1** — Chronological Timeline of Key Events (no redactions required; refiled for

completeness)

**Exhibit 36-2 (Exhibit A)** — Trespass Warning Form and related correspondence (redacted

pursuant to Fed. R. Civ. P. 5.2 to remove minor child identifiers and non-party personal information)

Exhibit 36-3 (Exhibit B) - Florida Office of Safe Schools Response - OIG 2025080662 (public

refiled version limited to the Exhibit B cover pages and the September 23, 2025 Safe Schools response

email)

**Exhibit 36-4 (Exhibit C)** — DCF / OIG Acknowledgment — OIG 2025080662 (redacted to remove non-party personal contact information)

Exhibit 36-5 (Exhibit D) - Dkt. 36-5 as originally filed consisted of the Exhibit D cover page and date page only; those pages are refiled here in public form

Exhibit 36-6 (Exhibit E) - Dkt. 36-6 as originally filed consisted of the Exhibit E cover page and date page only; those pages are refiled here in public form

All redactions in the public refiled exhibits have been applied in a manner that permanently removes the redacted information from the filed public versions, consistent with the requirements of Fed. R. Civ. P. 5.2(a) and the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g. The unredacted originals remain under seal pursuant to the Court's April 2, 2026 Order.

Respectfully submitted,

Daniel Benjamin Fleischman
4885 McKnight Rd #123
Pittsburgh, PA 15237
Telephone: 724-462-5730
Email: operationreunification@gmail.com
*Pro Se*

Dated: April 3, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2026, a true and correct copy of the foregoing Notice of

Filing Redacted Exhibits, together with all redacted exhibits, was filed with the Clerk of Court and

served by email upon:


**Jeffrey Sullivan, Esq.**
Florida Bar No. 0009814
JSullivan@stidhamlawyers.com


**Jonathan Stidham, Esq.**
Florida Bar No. 0710687
JStidham@stidhamlawyers.com
Stidham & Stidham, P.A.
150 East Davidson Street, Bartow, FL 33830

Daniel Benjamin Fleischman, Pro Se


Dated: April 3, 2026

Case No. 8:25-cv-02479-WFJ-TGW

# UPDATED CHRONOLOGICAL TIMELINE OF KEY EVENTS

*Submitted in Support of Plaintiff's Opposition to Motion to Dismiss*

| Date | Event | Source | Legal Significance |
|---|---|---|---|
| July 9, 2024 | Court enters Emergency Ex Parte Order finding the minor child in imminent danger and prohibiting contact with Randall Seth Richey. | Ex. D | *Court-ordered safety context for protected advocacy* |
| July 14-17, 2024 | Plaintiff emails the emergency order to South McKeel Academy; AP John Massung acknowledges receipt and proposes a meeting. | FAC ¶¶ 11-12; Email record | *School received actual notice of court-ordered safety findings* |
| July-Dec. 2024 | Plaintiff communicates repeatedly with school and district officials regarding child safety, court-ordered restrictions, and accountability. | FAC ¶¶ 11-12 | *Protected speech and petitioning activity* |
| Dec. 9, 2024 | Criminal trespass warning issued barring Plaintiff indefinitely from South McKeel Academy under threat of arrest. Routed to Safe Schools and LPD. | FAC ¶¶ 13-14; Ex. A | *Adverse action - temporal proximity to protected speech* |
| Dec. 12, 2024 | Trespass form signed by John Massung. Address listed as "Unknown." Service fields blank. Reason stated only as "disruption." | Ex. A | *Procedural deficiency - evidence of ad hoc action* |
| Dec. 19, 2024 | Final Judgment of Injunction entered against Randall Seth Richey after notice and hearing, within days of the South McKeel trespass. | Court record / Injunction | *Judicial corroboration that Plaintiff's safety concerns were not speculative* |
| Post-Dec. 2024 | Plaintiff seeks district-level review and narrowing or rescission of the trespass; enforcement continues. | FAC ¶¶ 18, 25 | *Post-notice maintenance / continuing chill* |
| Sept. 19-23, 2025 | Plaintiff files a written complaint with the Florida DOE Office of Safe Schools; the Office acknowledges receipt and forwards the matter to district personnel. | Ex. B | *Protected petitioning of state agency; state confirms district-level safety notice* |
| Feb. 5, 2026 | Student incident occurs during PE and is reflected in school records. | Ex. E / Notice | *Continuing safety context / ongoing chill* |
| Mar. 2026 | School states the February 5 incident was reviewed, classified as "horseplay," and closed with "no further action." | Ex. E / Notice | *Ongoing safety concerns; continued minimization* |

*All minor names redacted. Events from 2025-2026 are included only for continuing enforcement, ongoing chill, and safety context - not as causes of the December 9, 2024 trespass.*