Case No. 8:25-cv-02479-WFJ-TGW

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL BENJAMIN FLEISCHMAN,
  Plaintiff,
v.
THE SCHOOL BOARD OF POLK COUNTY, FLORIDA
and FREDERICK R. HEID, in his official
capacity as Superintendent,
  Defendants.

Case No. 8:25-cv-02479-WFJ-TGW

## EXHIBIT A

### Trespass Warning Form

Criminal trespass warning issued on Polk County Public Schools letterhead naming "Administration — Frederick R. Heid, Superintendent." Routing to the Office of Safe Schools and the Lakeland Police Department. Signed by Principal John Massung. Address field listed as "Unknown" despite possession of Plaintiff's identifying information. Service fields left blank. Stated reason: "disruption" without supporting factual basis. PAGE 1 OF 2 and PAGE 2 OF 2.

**Date(s):** December 9, 2024 (effective) / December 12, 2024 (signed)

*Attached immediately following this cover page.*

**POLK COUNTY**
PUBLIC SCHOOLS

**BOARD MEMBERS**

Dr. William Allen
*Board Chair*
District 1

Justin Sharpless
*Board Vice-Chair*
District 6

Travis L. Keyes
District 2

Rick Nolte
District 3

Sara Beth Wyatt
District 4

Kay Fields
District 5

Lisa Miller
District 7

**ADMINISTRATION**

Frederick R. Heid
*Superintendent*

| | |
|---|---|
| Trespass Warning Issued to: | Daniel Fleischman |
| Address if Known: | Unknown |
| Date of Birth: | |
| Race/Sex | W/M |

This letter is to inform you that as of today, December 9, 2024, you are no longer permitted to enter onto the campus or property of South McKeel Academy. This includes all activities sponsored by the school or any outside organization that may be held on the campus or property of South McKeel Academy. This includes but is not limited to the child pick-up area, after school special events and in school events.

The primary address of South McKeel Academy 2222 Edgewood Drive S. Lakeland, FL 33803; however, this trespass warning is in effect for any parcels of land adjoining the listed address for which the school maintains control.

In accordance with Florida State Statute 810.097, if you are seen on the premises of South McKeel Academy, you will hereafter be considered as a "TRESPASSER" and law enforcement will be notified to take appropriate action.

A copy of this letter is being kept on file and provided to the (THE OFFICE OF SAFE SCHOOLS AND Lakeland Police Department).

Please be advised that you have been trespassed because:

The disruption to the order and educational environment of South McKeel Academy.

_____

_____

_____

Principal or Designee (Print Name): _John Massung_ Date: _12/12/24_

(Signature): _John Massung_

Person being served notice (Print Name): _____

(Signature): _____

Date and Time Served: _____

PAGE 1 OF 2

**STUDENTS FIRST**

🏠 1915 S. Floral Ave.
Bartow, FL 33830

✉ P.O. Box 391
Bartow, FL 33831

📞 863-534-0500

🌐 polkschoolsfl.com

 Gmail

Daniel Fleischman <operationreunification@gmail.com>

---

## Follow-Up Written Request: Rescission or Clarification of Trespass, Parent Communication, and Record Preservation

---

Daniel Fleischman <operationreunification@gmail.com>                                     Mon, Mar 23 at 11:56 AM
To: <johnmassung@mckeelschools.com>, <kimbenson@mckeelschools.com>, <angelamassung@mckeelschools.com>, <jeaneisenhardt@mckeelschools.com>, <stephaniesouthwell@mckeelschools.com>, Hancock, Lisa <lisahancock@mckeelschools.com>, <william.allen01@polk-fl.net>, <titleix@polk-fl.net>, <frederick.heid@polk-fl.net>, <SafeSchools@fldoe.org>, Blackman, Jonathan ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ <jsullivan@stidhamlawyers.com>, Jeffrey Sullivan <sullivanlawfirm863@gmail.com>, <sheenabutts@mckeelschools.com>, <stephaniecampbell@mckeelschools.com>, <michaelclanton@mckeelschools.com>, <frankdmccaulley@mckeelschools.com>, <sethmckeel@mckeelschools.com>, <michaelpeeples@mckeelschools.com>, <andrewmsnyder@mckeelschools.com>, <phillipwalker@mckeelschools.com>, <travis.keyes@polk-fl.net>, <kate.wallace@polk-fl.net>, <sarabeth.wyatt@polk-fl.net>, <kay.fields@polk-fl.net>, <justin.sharpless@polk-fl.net>, <lisa.miller@polk-fl.net>
Cc: <SafeSchools@fldoe.org>

Good Day,

This is a follow-up written request. It follows my prior written request dated March 6, 2026, and I am renewing that request in writing because these issues remain active, time-sensitive, and directly affect my ability to participate as a parent and to obtain school-related information concerning my child.

I write in good faith to request immediate rescission, or at minimum immediate clarification and narrowing, of the trespass warning and any related communication, portal, meeting, or participation restrictions affecting me as a parent.

This email is intended to create a clear written record and to give the school, district, and responsible officials a fair opportunity to confirm their present position in writing.

Please respond clearly and specifically to the following:

1. Is the trespass warning currently still in effect?

2. If yes, who made or maintained that decision, and on what date was it last reviewed?

3. Was the trespass reviewed by the Superintendent's office, District administration, School Board personnel, Safe Schools, legal counsel, or law enforcement? If so, please identify the reviewing office or official.

4. If the trespass remains in effect, does it apply to:
   parent-teacher conferences,
   IEP or 504 meetings,
   other school meetings regarding my child,
   school events,
   records requests,
   portal access,
   and direct communication with school staff regarding my child's safety, education, pickup, aftercare, or wellbeing?

5. If your position is that I must obtain information only through my child's mother, please state that expressly.

6. If your position is that staff should not communicate directly with me, please state that expressly and identify who issued that instruction.

7. Please identify the written policy, procedure, incident report, or legal basis supporting:
   the original trespass,

continued enforcement of the trespass,
any communication restriction,
and any exclusion from meetings or school processes.

8. Please confirm whether the school and district will communicate directly with me, as a parent, regarding my child's safety, pickup authorization, aftercare location, school meetings, and educational matters.

9. Please confirm whether the school and district will rescind the trespass entirely. If not, please confirm whether it will at least be narrowed so that I may participate in school-related meetings and receive direct school communications concerning my child.

10. Please identify the person or office currently responsible for responding to my requests concerning school access, school communications, safety questions, and parent participation.

If another office or official is responsible for any of these decisions, please forward this request immediately to the correct person and identify that person in your response.

Because this issue is active and time-sensitive, I request a written response by today at the close of business.

If no response is provided, I will proceed based on the current written record that the trespass and related communication or participation restrictions remain in force and have not been meaningfully narrowed after notice and written request.

Please also preserve all records relating to:
the trespass,
any review or reconsideration of it,
any communications about whether to rescind, narrow, or maintain it,
any communications instructing staff how to handle communications with me,
any communications regarding portal access, meetings, direct parent communication, or parent participation,
and any routing to Safe Schools, District administration, legal counsel, or law enforcement.

This request is made in good faith for purposes of parental access, child safety, record clarity, and preservation of rights. Please treat it accordingly.

Thank you for your prompt attention to this matter.

Daniel Benjamin Fleischman

Thank you for your prompt attention to this matter.

Sincerely,
**Daniel Benjamin Fleischman**
**Loving, Biological Father of** ███████████
**Follower Of Jesus Christ**

# Daniel Benjamin Fleischman

Loving Father • Whistleblower • Business Owner
📞 **724.462.5730** | OperationReunification@gmail.com