Case No. 8:25-cv-02479-WFJ-TGW

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL BENJAMIN FLEISCHMAN,
    Plaintiff,
v.
THE SCHOOL BOARD OF POLK COUNTY, FLORIDA
and FREDERICK R. HEID, in his official
capacity as Superintendent,
    Defendants.

Case No. 8:25-cv-02479-WFJ-TGW

## EXHIBIT B

## Florida Office of Safe Schools Response — OIG 2025080662

Email from the Florida Department of Education, Office of Safe Schools,
acknowledging receipt of Plaintiff's September 19, 2025 correspondence regarding
Polk County Schools. States: "The school district's School Safety Specialist is
responsible for the safety and security of each school and ensuring compliance
with all Florida state statute requirements. We have forwarded your
correspondence to the appropriate contact within your district to address your

concerns." Demonstrates state-to-district routing and the district's operational

safety responsibility.

**Date(s):** September 23, 2025

*Attached immediately following this cover page.*

10/7/25, 11:36 PM                    Gmail - RE: OIG 2025080662 GG- From the Florida Attorney General's Office

 Gmail                                Daniel Fleischman <operationreunification@gmail.com>

## RE: OIG 2025080662    GG- From the Florida Attorney General's Office
1 message

**Office of Safe Schools** <SafeSchools@fldoe.org>                 Tue, Sep 23, 2025 at 9:08 AM
To: Daniel Fleischman <operationreunification@gmail.com>

Dear Daniel Fleischman,

The Office of Safe Schools has received your correspondence dated September 19, 2025 regarding Polk
County Schools.

In Florida, the public-school districts have the authority to operate with local control, allowing those closest
to the students to address concerns. The school district's School Safety Specialist is responsible for the
safety and security of each school and ensuring compliance with all Florida state statute requirements. We
have forwarded your correspondence to the appropriate contact within your district to address your
concerns.

Should you have additional concerns that can be answered at the state level, please contact the Office of
Safe Schools at SafeSchools@fldoe.org.

Sincerely,

Office of Safe Schools

Florida Department of Education

325 W. Gaines Street, Suite 1302

Tallahassee, FL 32399-0400



From: Daniel Fleischman <operationreunification@gmail.com>
Sent: Friday, September 19, 2025 3:08 PM
To: attorney.general@myfloridalegal.com; IG.Complaints@myflfamilies.com; Frederick Heid
<Frederick.Heid@polk-fl.net>
Cc: HQW.IG.Complaints@myflfamilies.com; info@sao10.com; tips@fbi.gov; civilrights@usdoj.gov;
Press@myfloridalegal.com; PIOs@polksheriff.org; tips@polksheriff.org; recordsrequest@polksheriff.org;
rwoolington@tampabay.com; bbarnes@tampabay.com; court@bencrump.com; press@jjay.cuny.edu;
info@ncmec.org; help@polarisproject.org; publicrecords@fdle.state.fl.us; acap@floridabar.org;