Case No. 8:25-cv-02479-WFJ-TGW

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DANIEL BENJAMIN FLEISCHMAN,
    Plaintiff,
v.
THE SCHOOL BOARD OF POLK COUNTY, FLORIDA
and FREDERICK R. HEID, in his official
capacity as Superintendent,
    Defendants.

Case No. 8:25-cv-02479-WFJ-TGW

# EXHIBIT C

## DCF / OIG Acknowledgment — OIG 2025080662

Florida Department of Children and Families acknowledgment confirming receipt

of inquiry assigned from the Office of Inspector General. Demonstrates Plaintiff's

escalation through proper government channels, reinforcing the protected-speech

character of his parental advocacy.

**Date(s):** February 27, 2026

*Attached immediately following this cover page.*

3/23/26, 3:16 PM                                     Gmail - RE: FW: ADA Accommodation Request – OIG 2025080662

 **Gmail**                                      Daniel Fleischman <operationreunification@gmail.com>

## RE: FW: ADA Accommodation Request – OIG 2025080662
2 messages

**No Reply** <noreply.inquiry@myflfamilies.com>                                      Fri, Feb 27, 2026 at 3:56 PM
To: "operationreunification@gmail.com" <operationreunification@gmail.com>

Good afternoon,

The Florida Department of Children and Families is contacting you in response to your recent
communication with the Office of Inspector General. We are confirming the receipt of your inquiry.

Your inquiry is being assigned to the appropriate team. All inquiries requiring response will receive a timely
and thorough reply.

Thank you,

Client Relations Triage Team
Enterprise Support Office
Florida Department of Children and Families
Phone: 850-717-4199?
Email: dcf.inquiry@myflfamilies.com

---

**No Reply** <noreply.inquiry@myflfamilies.com>                                      Mon, Mar 2, 2026 at 12:35 PM
To: "operationreunification@gmail.com" <operationreunification@gmail.com>

I attempted to reach you to discuss the concerns that were previously reported. If you are still interested in
addressing these concerns, please feel free to contact me at your convenience by phone at ███████ or by
replying to this email.
Thank you, and I look forward to speaking with you.
Jonathan Blackman
Client Relations

████████

████████████████████ "Failure? That's a bruise, not a tattoo. It hurts today, fades tomorrow, and
leaves behind a story of grit — not defeat"