Case No. 8:25-cv-02479-WFJ-TGW

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL BENJAMIN FLEISCHMAN,
    Plaintiff,
v.
THE SCHOOL BOARD OF POLK COUNTY, FLORIDA
and FREDERICK R. HEID, in his official
capacity as Superintendent,
    Defendants.

Case No. 8:25-cv-02479-WFJ-TGW

## EXHIBIT D

## Ex Parte Imminent Danger Order

Order entered by Judge Melissa Gravitt granting Petitioner's Emergency Motion

for Contempt and Enforcement, finding the minor child was in imminent danger

and prohibiting contact between the minor child and a named third party.

Establishes the court-ordered safety context for Plaintiff's protected advocacy.

PUBLIC REDACTED VERSION — Fed. R. Civ. P. 5.2 / FERPA / Fla. Stat. §

1002.221.

**Date(s):** July 9, 2024

*Attached immediately following this cover page.*

Filing # 202172881 E-Filed 07/09/2024 04:53:40 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

CASE NUMBER: 53-2019-DR-003499-0000-00
02

FLEISCHMAN DANIEL B,
   Petitioner,

and

RESPONDENT (adult party)

_____

## ORDER GRANTING IN PART PETITIONER'S EMERGENCY MOTION FOR CONTEMPT AND ENFORCEMENT

**THIS CAUSE,** came before the Court, in chambers on July9, 2024 on the Father's Emergency Motion for Contempt and Enforcement (hereinafter "Motion") filed on July 9, 2024. The Court has reviewed the Motion and the Clerk's court file and is otherwise familiar with this cause. Based upon the Court's review it is **ORDERED** as follows:

1. The Court has jurisdiction over the parties and the subject matter.
2. The Father has sufficiently alleged that the minor child is in imminent danger to warrant ex parte relief.
3. On a temporary basis and until the hearing in this matter, the Motion is **GRANTED** as follows:

 a. The Mother is prohibited from allwoing the minor child to have any contact with Randall Seth Richey.

    4. The Moton for Contempt and Enforcement may be scheduled for hearing with service of pleadings to all parties.

**ORDERED** on Tuesday, July 9, 2024.

53-2019-DR-003499-0000-00 07/09/2024 04:51:42PM

Melissa Gravitt, Circuit Judge
53-2019-DR-003499-0000-00 07/09/2024 04:51:42 PM

RESPONDENT (adult party)

TULIN RONALD S
mail@plantcitylaw.com
assistant@plantcitylaw.com

Address redacted

Arthur C Fulmer Jr
service@artfulmer.com

Personal email redacted

Mark D McMann Esq
mmcmann@mcmannlaw.com
dnevins@mcmannlaw.com
fmoyeda@mcmannlaw.com

**If you are a person with a disability who needs any accommodation in order to participate in a proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Office of the Court Administrator 255 N. Broadway Ave., Bartow, FL 33830 (863-534-4686) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**