**Case No. 8:25-cv-02479-WFJ-TGW**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL BENJAMIN FLEISCHMAN,
   Plaintiff,
v.
THE SCHOOL BOARD OF POLK COUNTY, FLORIDA
and FREDERICK R. HEID, in his official
capacity as Superintendent,
   Defendants.

**Case No. 8:25-cv-02479-WFJ-TGW**

## EXHIBIT E

**Horseplay Determination Email (Redacted)**

Email from school administration advising that a reported incident involving

Plaintiff's minor child was determined to be "horseplay" and that no further action

was needed, despite the student behavior portal classifying the same incident as

"Major Offense: Abusive/Inappropriate Language or Actions." Used to

demonstrate ongoing safety concerns justifying Plaintiff's continued protected

advocacy and the ongoing chilling effect of the trespass warning. REDACTED

pursuant to FERPA.

**Date(s):** March 2026 compilation

*Attached immediately following this cover page.*



Follow Directions

Hagerman    02-1

Takes Responsibility for Own Actions;
Demonstrates Self Control

Juliet
Johnson    02-1

Takes Responsibility for
Demonstrates Self Cont

Abusive/Inappropriate L
Actions

Completes and Submits

**Comments**

While another student was sitting down during the game at PE ... to put his fingers under the student which resulted in the student sitting on ...rs causing them to go up into the student's butt outside the student's pants.

Disruptive Behavior (Level 1)

John
Massung    01-2

Takes Responsibility for Own Actions;

Juliet
Johnson



Dear Mr. Fleischman,

After further discussion with the PE teacher, it was determined that the incident on ████ was the result of horseplay and no further action was needed..

On Fri, Mar 6, 2026 at 3:30 PM Daniel Fleischman <operationreunification@gmail.com> wrote:
Dear School Administration
and District Officials,

I am ███████████ biological father. I am writing regarding a serious student-safety issue reflected in the McKeel school portal.

The portal entry states that on February 5, during PE, while another student was sitting down, ███ put his fingers under the student, resulting in the student sitting on ███ fingers and those fingers going into the student's butt.

This description reflects sexualized physical contact between students on campus and cannot be treated as a routine behavioral issue. It raises significant student-safety concerns and requires a clear, documented response.

Please provide the following information in writing no later than tomorrow:

1. Whether this incident was formally classified as possible sexual misconduct, sexual harassment, battery, abuse, Title IX-related misconduct, or any comparable student-safety violation.

2. Why I was not immediately notified as ███████ father, who made the decision not to notify me, and when that decision was made.

3. The written incident report and identification of all staff members who reported, reviewed, investigated, or handled the matter.

4. Confirmation of whether the other student's parent or guardian was notified, and if so, when and by whom.

5. Confirmation of whether a report was made to DCF, law enforcement, Safe Schools, the Title IX coordinator, or any other state or local authority, and if so the agency, date, and reference number.

6. Identification of what immediate safety measures, interventions, or supervision changes were implemented following the incident.

7. Confirmation of whether any counseling, behavioral assessment, risk assessment, or safety evaluation was initiated.

8. Confirmation of whether there were any prior complaints, warnings, or incidents involving sexualized conduct that should have triggered earlier intervention.

In addition, please place an immediate preservation hold on all records related to this incident, including but not limited to:

• portal entries and edit history
• internal emails, texts, and communications
• incident and discipline reports
• PE staff notes and administrative notes
• nurse or counseling records
• witness statements and interview notes
• camera footage and video from the PE area or surrounding locations
• Title IX or Safe Schools communications
• any communications with external agencies

Given the seriousness of the conduct described in the portal entry and the lack of notification to me as ███████ parent, I am requesting prompt written clarification and confirmation that all related records are being preserved.

Please also ensure that my current contact information is reflected in the school system:

Daniel Benjamin Fleischman
Phone: 724-462-5730
Email: operationreunification@gmail.com

Thank you for your prompt attention to this matter.

Sincerely,

Daniel Benjamin Fleischman
Father of ███████████

# Daniel Benjamin Fleischman

Loving Father • Whistleblower • Business Owner

📞 724.462.5730 | OperationReunification@gmail.com

## M Gmail

**Daniel Fleischman** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

## Update: No reply needed
1 message

**Hancock, Lisa** <lisahancock@mckeelschools.com>                    Mon, Mar 9, 2026 at 3:30 PM
To: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Dear Mr. Fleischman,

After further discussion with the PE teacher, it was determined that the incident on 02/05/26 was the result of horseplay and no further action was needed..

A behavior notification was sent to the email address we have on file on the date the incident occurred (02/05/26). If your email information needs to be updated in the McKeel system, you will need to make those changes directly, as we are unable to update that information on your behalf.  The link below is where you can update your email in your McKeel Systems account.

Thank you,

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

--

### Lisa Hancock
**Principal | South McKeel Academy**
**Email:** lisahancock@mckeelschools.com
**Phone:** 863-510-0044
**Website:** www.southmckeel.com